IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| ALIEN TECHNOLOGY CORPORATION,<br>        Plaintiff,<br><br>v.<br><br>INTERMEC, INC., INTERMEC<br>TECHNOLOGIES CORPORATION,<br>and INTERMEC IP CORP.,<br>        Defendants-Counterclaimants. | Civil Action No. 3:06-cv-00051-RRE-KKK<br><br>Chief Judge Ralph R. Erickson<br><br>Chief Magistrate Judge Karen K. Klein |

**JOINT NOTICE OF PTO'S ORDER GRANTING ALIEN'S REQUEST FOR
*INTER PARTES* REEXAMINATION OF U.S. PATENT NO. 6,812,841**

Plaintiff Alien Technology Corporation ("Alien") and Defendants Intermec, Inc., Intermec Technologies Corporation, and Intermec IP Corp. (collectively "Intermec") hereby submit this joint notice of the order of the Patent and Trademark Office ("PTO") granting Alien's request for *inter partes* reexamination of the '841 patent.

Attached as Exhibit A herewith is a copy of the PTO's order, dated January 11, 2010, finding that Alien's request for *inter partes* reexamination raises a substantial new question of patentability with respect to claims 1, 7-15, and 21-24 of the '841 patent, and granting Alien's request for *inter partes* reexamination.

Attached as Exhibit B herewith is a copy of the PTO's non-final office action, dated January 11, 2010, initially rejecting claims 1, 7-15, and 21-24 of the '841 patent. The reexamination procedure allows Intermec to provide its opposition and response within two months of the date of the non-final office action.

-2-

Dated: _1/20/10_____   _/s/ David Becker_____
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
ATTORNEY FOR DEFENDANTS
INTERMEC, INC.; INTERMEC
TECHNOLOGIES CORP.; AND INTERMEC IP
CORP.

Dated: _1/20/10_____   _/s/ Ted Dane_____
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
ATTORNEY FOR PLAINTIFF
ALIEN TECHNOLOGY CORPORATION

9742223.1